# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

EARNEST RAY MACK                                                                           PLAINTIFF
ADC #129856

v.                               No. 3:19-cv-382-KGB-JTR

WARD, Sergeant, NCU, *et al.*                                                          DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Discussion

On December 30, 2019, Plaintiff Earnest Ray Mack ("Mack"), a prisoner at the North Central Unit of the Arkansas Division of Correction ("ADC"), filed an unsigned *pro se* § 1983 complaint alleging that Defendants violated his constitutional rights. *Doc. 1*.

On January 3, 2020, the Court sent Mack a blank signature page and ordered him to sign and return it to the Court by February 3, 2020. *Doc. 2 at 3*. The Court warned Mack that if he failed to comply with the January 3 Order, his Complaint would be stricken and subject to dismissal, without prejudice, pursuant to Local Rule 5.5(c)(2).[1] *Id. at 3-4*. Although Mack has filed numerous notices and motions with the Court, he has never filed a signature page. *See Docs. 3-19*.

On June 23, 2020, the Court struck Mack's unsigned Complaint and ordered him to file a signed Substituted Complaint on or before July 23, 2020. *Doc. 21 at 6*. The Court again warned Mack that failure to comply with the Court's Order would subject his case to dismissal. *Id*.

Mack has not complied with the Court's January 3 and June 23 Orders, and the time to do so has expired.[2]

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.    This case be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution.

2.    The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in*

---

[1] The Court also specifically advised Mack of his responsibilities under Local Rule 5.5(c)(2). *Doc. 2 at 1*.

[2] Both Orders were mailed to Mack at his ADC address, and neither were returned.

*forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

DATED this 19th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE