IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EARNEST RAY MACK**  **PLAINTIFF**
ADC #129856

v.   Case No. 3:19-cv-00382-KGB-JTR

**WARD, Sergeant, NCU,** *et al.*   **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 23). Plaintiff Earnest Ray Mack has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).

The Court dismisses without prejudice Mr. Mack's complaint (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith and denies as moot the pending motion for transfer and motion for temporary restraining order (Dkt. No. 14) that were addressed in Judge Ray's partial recommended disposition (Dkt. No. 22). The Court also denies as moot Judge Ray's partial recommended disposition (Dkt. No. 22).

It is so ordered this 28th day of September, 2020.

_____
Kristine G. Baker
United States District Judge