IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EARNEST RAY MACK**  **PLAINTIFF**
**ADC #129856**

v.  Case No. **3:19-cv-00382-KGB-JTR**

**WARD, Sergeant, NCU,** *et al.*  **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Earnest Ray Mack's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this 28th day of September, 2020.

Kristine G. Baker
United States District Judge